James E. Duffy, appellee, v. John L. Engstrom, appellant. Gen. No. 30,744.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926. Rehearing denied October 27, 1926.

Frank H. Lennards, for appellant. Montgomery, Hart & Smith, for appellee; William P. MacCracken, Jr., William E. Hooper and Victor C. Milliken, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

John Sunderman and Nellie Sunderman, complainants, v. Charles L. Thayer, defendant, appellant. G. H. Wilford, defendant, appellee, on appeal of Charles L. Thayer, appellant. Gen. No. 30,754.

Bill of interpleader to determine rights to commissions for sale of real estate. Decree for interpleaded defendant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926.

Louis J. Victor, for appellant. O'Brien & Hayes, for appellee; William B. O'Brien and John J. Dillon, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Times Square Auto Supply Company, Inc., appellee, v. Howard F. Leopold, appellant. Gen. No. 30,772.

Action upon checks. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926.

Lewis, Adler, Lederer & Kahn, for appellant. Moses, Kennedy, Stein & Bachrach, for appellee; Herbert H. Kennedy, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Adela Reivitz, appellee, v. Chicago Rapid Transit Company, appellant. Gen. No. 30,781.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Thomson, J., dissents. Opinion filed October 13, 1926.

Gardner, Foote, Burns & Morrow, for appellant; Walter M. Fowler and James K. Miller, of counsel. Ryan & Rosenthal, for appellee; Philip Rosenthal, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.